## UNITED STATES DISTRICT COURT
Western District of Arkansas
U.S. Probation / Pretrial Services

J. Scott Thibodeaux
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
35 East Mountain Road
Fayetteville, Arkansas 72701
(479) 442-9892
Fax - (479) 442-5276

December 3, 2013

Honorable Jimm Larry Hendren
United States District Judge
35 East Mountain Street
Fayetteville, AR 72701

RE: **HERNANDEZ-MADRID, Carolina Olivia**
Dkt. No. 5:09CR50019-002
**International Travel Request**

Dear Judge Hendren,

I am writing to Your Honor to seek your guidance and approval for the defendant to travel internationally in December 2013 and January 2014. Your Honor previously approved this travel for June 2013, however, the defendant chose not to go at that time. The probation officer would note the defendant is now a legal permanent resident of the United States.

The defendant was sentenced by Your Honor on March 19, 2012, to 3 years probation, pay $100 special assessment and pay a $2,500 fine for the offense of False Representation of a Social Security Number. While on supervision, the defendant has reported as directed and has paid the special assessment and fine in full. There are no known violations of supervision.

The defendant has requested permission to travel to El Salvador to visit her family, noting her mother is ill. The defendant would be accompanied by her husband, Jeff Shields, and her two children. The defendant would like to travel for a 30-day period in December 2013 to January 2014.

Reviewed By:
Donna R. Brown
Supervisory U.S. Probation Officer

Sincerely,
Abby M. McKinney
U.S. Probation Officer

✓ Request Approved

___ Request Denied

Honorable Jimm Larry Hendren    12/4/13
U.S. District Judge                  Date